UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIANA MARIE ROBBINS aka
DIANA MARIE AUSTIN,

                     **Plaintiff,**

        v.                                    Civil No.6:15-cv-00821-AA

COLUMBIA COLLECTION SERVICE, INC.,
et al.,

                     **Defendants.**

## JUDGMENT

Judgment is entered in favor of Plaintiff against CCS in the amount of Fifteen Thousand and 00/100ths Dollars ($15,000.00), plus costs, disbursements and reasonable attorney's fees. Plaintiff's claims against Providence are dismissed with prejudice and without costs or fees.

Dated this 16th day of September 2015.

_____
Ann Aiken
United States District Judge

**JUDGMENT**